ACCEPTED
12-14-00339-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/11/2015 5:00:49 PM
CATHY LUSK
CLERK

Cause No. 12-14-00339-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| | § | FILED IN |
| VS. | § | 12TH APPELLATE DIVISION |
| | § | |
| JAMES PATRICK CAPPS | § | FOR THE STATE OF TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/11/2015 5:00:49 PM
CATHY S. LUSK
Clerk

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes James Patrick Capps Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

Dean Watts
Attorney for Defendant
State Bar Number 24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288
Fax (936) 559-0959

James Patrick Capps, Appellant

### CERTIFICATE OF SERVICE

This is to certify that on the 10 day of February, 2015, a true and correct copy of the above and foregoing document was served on the Nacogdoches District Attorney's Office, 101 West Main Street, Nacogdoches, Texas 75961, by hand delivery.

Dean Watts, Attorney for Appellant